**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES MURPHY, et al.,                :        CIVIL ACTION

           vs.                        :        NO. 17-3898

CBS CORPORATION, et al.              :

## O R D E R

      **AND NOW, TO WIT:** This 16th day of March, 2022,
it having been reported that the issues between the parties in the above action has been
settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local
Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant
to agreement of counsel without costs.

      **KATE BARKMAN**, Clerk of Court

      **BY:** */s/ Katie Rolon*
        Katie Rolon
        Civil Deputy Clerk

Copies Emailed on 3/16/2022 to:
  Jonathan D. Rubinstein, Esq.
  Dennis M. Geier, Esq.
  John S. Howarth, Esq.
  John P. McShea, Esq.
  Christopher Conley, Esq.
  Conrad O. Kattner, Esq.
  Anthony B. Taddeo, Esq.
  Daniel J. Ryan, Jr., Esq.
  Mohamed Bakry, Esq.
  Stewart R. Singer, Esq.
  W. Matthew Reber, Esq.
  Christina M. Rideout, Esq.

Copies Mailed on 3/16/2022 to:
  Kaylin Hawkins, Esq.

  Civ 2 (7/83)

41.1(b)